UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HOUSING OPPORTUNITIES
PROJECT FOR EXCELLENCE,
INC., et al.,

    Plaintiffs,

v.

Case No. 1:24-CV-21749-DPG

SECRETARY OF COMMERCE,
et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Douglas A. Wyler, Esq., General Counsel for the Florida Prosecuting Attorney's Association, hereby enters an appearance on behalf of Defendants, GINGER BOWDEN MADDEN, in her official capacity as State Attorney for the First Judicial Circuit of Florida; JACK CAMPBELL, in his official capacity as State Attorney for the Second Judicial Circuit of Florida; JOHN DURRETT, in his official capacity as State Attorney for the Third Judicial Circuit of Florida; MELISSA W. NELSON, in her official capacity as State Attorney for the Fourth Judicial Circuit of Florida; BILL GLADSON, in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida; BRUCE BARTLETT, in his official capacity as State Attorney for the Sixth Judicial Circuit of Florida; R.J. LARIZZA, in his official capacity as State Attorney for the Seventh Judicial Circuit of Florida;

BRIAN KRAMER, in his official capacity as State Attorney for the Eighth Judicial Circuit of Florida; MONIQUE WORRELL, in her official capacity as State Attorney for the Ninth Judicial Circuit of Florida; BRIAN HAAS, in his official capacity as State Attorney for the Tenth Judicial Circuit of Florida; KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the Eleventh Judicial Circuit of Florida; ED BRODSKY, in his official capacity as State Attorney for the Twelfth Judicial Circuit of Florida; SUSAN LOPEZ, in her official capacity as State Attorney for the Thirteenth Judicial Circuit of Florida; LARRY BASFORD, in his official capacity as State Attorney for the Fourteenth Judicial Circuit of Florida; ALEXCIA COX, in her official capacity as State Attorney for the Fifteenth Judicial Circuit of Florida; DENNIS W. WARD, in his official capacity as State Attorney for the Sixteenth Judicial Circuit of Florida; HAROLD F. PRYOR, in his official capacity as State Attorney for the Seventeenth Judicial Circuit of Florida; WILL SCHEINER, in his official capacity as State Attorney for the Eighteenth Judicial Circuit of Florida; THOMAS BAKKEDAHL, in his official capacity as State Attorney for the Nineteenth Judicial Circuit of Florida; and AMIRA D. FOX, in her official capacity as State Attorney for the Twentieth Judicial Circuit of Florida, and requests that all papers filed in this case be served upon him.

      Respectfully submitted this 10th day of December, 2025.

                                                */s/ Douglas A. Wyler*
                                                _____

                                                 Douglas A. Wyler, Esq.
                                                 Fla. Bar No.:  119979
                                                 Wyler Law Firm
                                                 961687 Gateway Blvd., Suite 101-L
                                                 Fernandina Beach, FL 32034
                                                 Telephone: (904) 261-3690
                                                 E-mail: doug@wylerlawfirm.com

                                               *General Counsel, Florida Prosecuting Attorneys Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2025, a copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF, which automatically serves all counsel of record for the parties who have appeared in this proceeding.

                                               */s/ Douglas A. Wyler*
                                               _____
                                               Douglas A. Wyler, Esq.